IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24CR00150 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN A. POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD SEAWRIGHT, | ) | GOVERNMENT'S MOTION |
| | ) | TO MODIFY CONDITIONS |
| Defendant. | ) | OF RELEASE |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Margaret A. Kane, Assistant United States Attorney, and hereby respectfully requests that the Defendant's conditions of bond issued by this Honorable Court on May 16, 2024, be modified. After consulting with the United States Probation Officer assigned to this case, the Government respectfully asks that the Defendant be prohibited from possessing a firearm under any circumstances while under federal indictment, even when employed as a security guard. While the Government understands and agrees that the Defendant is presumed innocent on the present charges, 18 U.S.C. § 922(n) prohibits a person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to possess a firearm that has traveled in interstate commerce. The Defendant is currently under federal indictment in this case for crimes punishable by more than one year in prison and he therefore cannot possess a firearm under any circumstances. The Government has discussed this with defense counsel, and they have no objection to the requested modification. Defense counsel has already instructed the Defendant that he cannot possess a firearm even while working. The

Defendant can perform other work and duties while unarmed that does not involve possessing a firearm. The Government respectfully requests that all other bond conditions remain in effect.

          Respectfully submitted,

          REBECCA C. LUTZKO
          United States Attorney

By:   /s/ Margaret A. Kane
          Margaret A. Kane (OH: 0082084)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622- 3624
          (216) 522-7358
          Margaret.Kane@usdoj.gov