IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | CASE NO. 1:24 CR 00150 |
| | ) | |
| Plaintiff, | ) | JUDGE POLSTER |
| vs. | ) | |
| | ) | **DEFENDANT, RICHARD** |
| | ) | **SEAWRIGHT SENTENCING** |
| | ) | **MEMORANDUM AND** |
| RICHARD SEAWRIGHT | ) | **MEMORANDUM IN OPPOSITION** |
| | ) | **TO UPWARD VARIANCE** |
| DEFENDANT. | ) | |

Defendant, Richard Seawright by and through undersigned Counsel, respectfully submits the instant Sentencing Memorandum to support his request for a sentence that is sufficient but not greater than necessary to achieve the statutory goals of sentencing under to Title 18, United States Code §§ 3553(a) and 3661.  Counsel respectfully submits the following Memorandum to assist the Court in fashioning Richard Seawright sentence. Defendant humbly asserts his Guideline range is eligible for probation but for his Guideline range of "D", his sentence range is 27-33 months or lower based upon the arguments herein.

Defendant also assets that the upward variance argued by the government is erroneous and does not comport with the 3553 Factors of the Sentencing Guidelines.

Respectfully Submitted,

/S/Rodger A. Pelagalli/
Rodger A. Pelagalli (0034530)
RODGER A. PELAGALLI CO., L.P.A.
Rockside Road, Ste. 320
Independence, OH 44131
RAPesq@aol.com
440-845-3030 (phone)

*Attorney for Defendant*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | CASE NO. 1:24 CR 00150 |
| | ) | |
| Plaintiff, | ) | JUDGE POLSTER |
| vs. | ) | |
| | ) | |
| | ) | **DEFENDANT, RICHARD** |
| | ) | **SEAWRIGHT SENTENCING** |
| | ) | **MEMORANDUM AND** |
| RICHARD SEAWRIGHT | ) | **MEMORANDUM IN OPPOSITION** |
| | ) | **TO UPWARD VARIANCE** |
| DEFENDANT. | ) | |

Defendant, Richard Seawright by and through undersigned Counsel, respectfully submits the instant Sentencing Memorandum to support his request for a sentence that is sufficient but not greater than necessary to achieve the statutory goals of sentencing under to Title 18, United States Code §§ 3553(a) and 3661.  Counsel respectfully submits the following Memorandum to assist the Court in fashioning Richard Seawright sentence. Defendant humbly asserts his Guideline range is eligible for probation but for his Guideline range of "D", his sentence range is 27-33 months or lower based upon the arguments herein.

Defendant also assets that the upward variance argued by the government is erroneous and does not comport with the 3553 Factors of the Sentencing Guidelines.

Respectfully Submitted,

/S/Rodger A. Pelagalli/
Rodger A. Pelagalli (0034530)
RODGER A. PELAGALLI CO., L.P.A.
Rockside Road, Ste. 320
Independence, OH 44131
RAPesq@aol.com
440-845-3030 (phone)

*Attorney for Defendant*

1

# MEMORANDUM

## I.    Introduction

District courts have great discretion in imposing the lowest sentence that will reflect the seriousness of the offense, promote respect for the law, provide just punishment, afford adequate deterrence to criminal conduct, protect the public from future crimes, and provide Richard Seawright with needed educational or vocational training, medical care, or other correctional treatment. Gall v. United States, 552 U.S. 38 (2007); Kimbrough v. United States, 552 U.S. 85 (2007); United States v. Booker, 543 U.S. 220 (2005); 18 U.S.C. § 3553(a)(2).

## II.    Application of Other Sentencing Factors

### A. Richard Seawright Personal History and Characteristics

Richard Seawright was born on 10/19/1996 in Cleveland, OH  to Gwendolyn and Richard Leshawn Leshoun Seawright III.  He has led a law-abiding, hard-working life outside of the charges in this case.

### B. Educational and Employment Consideration

Richard has attained his GED on September 14, 2020. Richard desires to learn a trade such as welding or CNC operation. Richard has been a taxpaying citizen who has always worked. Per the PSR, he has maintained employment since high school. His work ethic is an important data point as to whether he is to be granted lenience in his sentence.

## C. Richard Seawright Has an Extremely Low Likelihood of Recidivism

Richard Seawright's Criminal History Score is a 3 and the PSR reflects that he falls into the Criminal History Category of II. The PSR also indicates that the calculations contained within that report are consistent with the Plea Agreement. As a result, Richard Seawright offense level was decreased pursuant to USSG section 2D1.1(b)(17).

## D. Mr. Seawright Accepted Responsibility for his Offense.

Not only did Mr. Seawright plead guilty in this case, but he has been completely truthful and forthcoming with all aspects surrounding this matter. In doing so, he has accepted full responsibility for the offense and assisted the authorities in the investigation and prosecution of his misconduct. He has not obstructed justice and there are no victims nor restitution herein required.

The Government has agreed that Mr. Seawright qualifies and meets the requirements for a "Safety Valve" reduction [USSG § 2D1.1(b)(17)].

## III.   Other Considerations

## A. Mr. Seawright Should be Recommended for 12-Month in a Half-Way House at end of Any Sentence of Incarceration, if any.

Undersigned Counsel respectfully ask this Court to sentence Richard to a term of incarceration of 27 months or less, which reflects the low end of the guideline range. Such a sentence will enable him to be promptly placed in a half-way house to continue with counseling and education, and provide a strong incentive for him not to re-engage in this type of illegal

3

conduct.  However, if the Court imposes a longer term of incarceration, Counsel respectfully asks the Court to recommend 12 months in a half-way house at the end of any incarceration term imposed.  The Second Chance Act of 2007, codified at 18 U.S.C. § 3624, increased the potential length of time a federal inmate can be placed in a half-way house from 6 months to 12 months.  *See* 18 U.S.C. § 3624.  The Bureau of Prisons will typically honor the Court's recommendation.  If Richard receives a sentence of incarceration, he would greatly benefit from the additional resources he would receive during twelve (12) months of half-way house placement (as opposed to just 6 months) as he transitions from incarceration back into society.

## IV.  § 3553 Factors

As this Court is aware the Sentencing Guidelines are merely one step in the process in determining an appropriate sentence for the Defendant.  In addition, the Court is aware it should evaluate the factors listed in 18 U.S.C. § 3553(a) to determine a reasonable sentence for the Defendant.  The Court must consider the following 3553 Factors: The nature and circumstances of the offense and the history of the Defendant; the need for the sentence imposed (considering seriousness of offense, deterrents, protecting the public, and providing the Defendant with needed treatment in the most effective matter); the types of sentences available; sentencing ranges; policy statements issued by the Sentencing Commission; need to avoid unwarranted sentencing disparities; and restitution to the victim of the offence.  First, looking at the nature and circumstances of the current offense and the history of the Defendant, the Court should evaluate several factors.  The Defendant accepted responsibility for his actions, and cooperated with an offer of assistance to the Government in this matter in that he pled to the charge.  The Defendants timely notice to the Government of his intent to plead guilty to the indictment, has

4

saved the Government time, money and energy. The Defendant understands the seriousness of the crime he has committed and expresses his sincere remorse and apology. Richard further requests this Honorable Court consider his cooperation and timely notification of his intent to plead guilty when determining an appropriate sentence for Richard.

The second factor to be evaluated by the Court is to assess the need for the sentence imposed. The Defendant acknowledges the seriousness of his action and understands the extensive incarceration he may be facing. Richard has worked for the last several years in security. He has earned a consistent wage and has helped out his family. The Defendant requests that this Court consider the Defendants attempt to maintain gainful employment as a testament to his desire to refrain from illegal conduct and remain a productive citizen. As seen by the numerous letters of character reference Richard is loved and has a great support system.

Thirdly, the Defendant requests this Court consider the over representation of his criminal history listed in the PSI. Richard Seawright has a total of 3 points due to 3 convictions. Richard Seawright does not believe these incidents properly represent his lack of criminal involvement throughout his 28 years. Obviously, he had no felonies in his criminal history.

Regarding the third and fourth factors of the 3553(a) the Court should review the kinds of sentences available. As noted above, Defendant requests this Court consider a sentence that is sufficient but not greater than necessary to fulfill the requirements of the 3553 Factors. The Defendant believes an appropriate sentencing range would be between 27-33 months, if not lower, based upon the over representation argument listed in the preceding paragraph. Defendant believes a sentence that includes a mixture of incarceration plus alternatives, which include conditions of therapy and supervised release, would be most effective in reducing the risk of recidivism.

Finally, the Defendant requests the Court recommend a drug treatment program as noted in this Sentencing Memorandum.

## V.      Upward Variance Would be Inappropriate

In its Sentencing Memorandum the government erroneously asserts that the Guideline Range for Richard should be varied upward due to an *ipse dixit* assertion, as well as misleading statistics. In essence, punishment for punishment's sake.

The government's circular argument is "Seawright's actions put firearms in the hand of dangerous individuals and made it possible for people otherwise unlawfully able to buy guns to access them and use them in crimes". See, government's Sentencing Memorandum, Page 2. Thereafter, it added a parade of horribles, "ATF learned that Seawright bought at least 52 guns between April of 2018 and June of 2023", however, they are <u>only</u> concerned with the recovered guns from Seawright himself and the guns recovered from others in connection with crimes! Then, after listing 14 guns that were identified in other crimes, according to the government, "Seawright put firearms in the hands of criminals. Fourteen firearms which Seawright bought were recovered in crimes. Four firearms had NIBIN hits, which means they were used in other crimes. These four firearms were linked to a total of six separate shootings." The government lists the 14 weapons it has identified with regard to being recovered in other crimes. However, in each of those listings it is not clearly identified whether the weapon was sold by Seawright to the perpetrator or was obtained some other way from a person that Seawright may have sold said weapon to lawfully. As such, that is too speculative to allow an upward variance. This is so, besides the fact that the government investigated, changed and agreed to the Plea Agreement

6

with the Defendant. Now, based the circular and otherwise redundant agreement above, asked for an upward variance.

The fact that there are 14 so-called crimes, the government has not tied directly nor proximately Richard to those specific crimes. Indeed, he could not have had knowledge and would not have had knowledge of those. In addition, what the government failed to do was fairly and accurately identify the weapon in paragraphs 4, 6 and 12 as being sold by Richard to a family member. In addition, their speculation and a void of information tying them to Richard for the remaining 14 listed weapons in the parade of horribles is missing. Again, not a fair basis for upward variance.

The government's request, flies in the face of the purpose of the underlying charges against Richard for which he has taken responsibility, stepped up, pled and stands ready and willing to be sentenced. The governments' arguments attempt to bootstrap in the "§ 2K2.1(b)(5)" upward variance from the Sentencing Guidelines into this sentence, that is purely punitive on their part and based on the notes on that section. The government asserts that, "because Seawright sold multiple firearms to _different_ individuals the enhancement did not apply." While the government wants this Court to believe that distinction defies logic, the reality is that this Court, if it desires to vary upward, is required to make a separate determination as to any interpretation of § 2K2.19(b)(5) pursuant to the recent United States Supreme Court case in Loper Bright Enterprises v. Ramondo, 603 US (2024) overruling Chevron v. NRCD, 467 US 837 (1984) that ruled the notes or bureaucratic determinations as to what the Sentencing Guidelines mean is the sole purview of a Title III Judge, not the government nor the U.S. Sentencing Commission.

The government specifically asserts the application of 13(C) of the § 2K2.1, "also notes that if Defendant traffics substantially more that 25 firearms, an upward departure may be warranted." Again, as noted previously, the Supreme Court has opined that the <u>Chevron</u> doctrine is no longer in affect in the federal system. <u>Ibid</u>. That is, the Guidelines are to be given interpretation only, when necessary, by the District Courts. Indeed, there is no information that Richard sold only to convicted felons nor criminals or dangerous felons, etc. as is suggested by the governments memorandum. As such, a sentence of 60 months is inappropriate and unnecessary as it overly inflates what Richard has pled guilty to in this matter. As such, the appropriate guideline sentence is 27-33 months if not less or probationable based upon the arguments made herein.

## VI.   Conclusion

For the reasons discussed above, Mr. Seawright respectfully requests that the Court consider the factors highlighted in support of a sentence that is "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. § 3553(a). Given the mitigating factors of Mr. Seawright's offense, his personal history, and his amenability to rehabilitation, Mr. Seawright respectfully requests this Honorable Court impose a term of incarceration of 27-33 months if not lower based on the arguments herein.

Respectfully Submitted

/S/Rodger A. Pelagalli/
Rodger A. Pelagalli (0034530)
RODGER A. PELAGALLI CO., L.P.A.
4700 Rockside Road, Ste. 320
Independence, OH 44131
440-845-3030 (phone)
RAPesq@aol.com
*Attorney for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7th, 2025, a copy of foregoing Sentencing Memorandum was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

Respectfully Submitted

<u>/S/Rodger A. Pelagalli/</u>
Rodger A. Pelagalli (0034530)
RODGER A. PELAGALLI CO., L.P.A.
4700 Rockside Road, Ste. 320
Independence, OH 44131
440-845-3030 (phone)
RAPesq@aol.com

*Attorney for Defendant*

9



**HOUSE OF JUBILEE MINISTRIES**
**1331 East 260 Street**
**Euclid, OH 44132**

October 23, 2024

Honorable Judge Dan A. Polster
United Statees District Court
Northern District of Ohio
Cleveland, Ohio

To the Honorable Judge Dan Polster:

I am writing this letter on behalf of Richard Seawright. I have known Richard Seawright as a friend from a young child. He grew up in my neighborhood and developed into a nice young man. Richard always kept himself out of trouble and was never one to hang out in bars, clubs, gangs or anything of that nature. He currently works as a security guard and had expressed his desire to become a police officer. He took courses in college toward this end but got off track and discouraged at some point.

In my interactions with him, he has always been a solid, honest individual. He is quiet and keeps to himself. It is unfortunate that this recent event has happened in his life, but I would never believe Richard to do anything with malintent or harmful motivation.

Since I have known Richard, he has presented himself as a responsible, trustworthy, and decent person. I don't think he has grasped the full gravity of this situation until now. Richard has never tried to deny what has happened, and he accepts full responsibility. I believe his need to purchase a car to get to and from work led him to begin selling items he had that were of value.

It is my sincere hope that you will take this letter into consideration and provide Richard with understanding and leniency based on his good reputation and character. I am also hopeful that if he can keep his job, he will be able to do something good and positive with his life.

If you have any questions, please feel free to contact me via email at pwill517@yahoo.com.

Most sincerely,

Willie Trotter, Senior Pastor
House of Jubilee Ministries

**Tamika White**

13816 Eastwood Blvd
Garfield Heights, Ohio 44125
216-965-5517

October 26, 2024

Dear Judge,

My name is Tamika White, and I work for the federal government as a pension analyst. I am also Richard Seawright's older sister.

I understand that Richard has appeared before your court facing felony charges related to guns. We have discussed in great lengths about how he arrived at this point in his life to be facing such serious charges. He now has a full understanding of how these charges can negatively impact his life moving forward and he may no longer be able to work in the career field he was previously pursuing. Richard wanted to apply for a position with local law enforcement in hopes of one day opening his own private security firm. Richard has registered and completed several firearm training courses and received certificates to pursue his dreams.

Richard has always been quiet and reserved since early childhood. He is the youngest sibling, so he grew up somewhat as an only child. Richard has never been interested in being around large crowds of people, or being engaged in typical things that boys his age are involved in. He never found hanging out in the streets, going to parties, or being in clubs or bars when he was legally able to something that was fun. Richard has only had 2-3 friends in his life and always stated you cannot trust to many people. Richard has always been very dependable when it comes to his family. I had two major live saving surgeries in 2023 where I almost died. I was in the hospital for almost 2 weeks and once released could not take care of myself for almost 3 months. Richard checked on me every day and made sure if I needed him for anything he was available. I purchased a new home in January of this year and was not able to pack my things and move. Richard reached out to other family members and made sure all my stuff was packed and ready to move into my new home. He was there on the day of the move to make sure the movers moved all my stuff in and put me and his nephew's bed up. He made sure we had somewhere to sleep that night. He also made sure my condo was cleaned out after we moved and help the contractors with the renovation project to get it ready for my new tenant. Richard loves to spend time with his nephew but always laughs and tells me kids cost too much, so he prefers to just be a good uncle.

So, how did we get here. In 2017, Richard was in the car with his best friend a few blocks from his house and two guys jumped in the car and Richard was shot. When the cops arrived at the scene he was laying in the street in a pool of his own blood. My mother received a frantic call from Richard's friend stating he had been shot and was laying in street asking for her. That incident changed the trajectory of his life. Although, he has never been officially diagnosed with PTSD he has been hypervigilant ever since. He barely sleeps and he is constantly listening for any noise that may be the sign of an intruder. Richard found out the guy who shot him lives in the area. Therefore, he felt it was necessary to purchase a gun for protection to keep him and my mother safe. He also urged my mother to purchase a gun to protect herself in the event he is not around. Richard has also spoke with me and my sister about protecting ourselves with a gun also, He stated the streets are not safe and you never know when someone would try to rob us or harm us. He also wanted us to get trained on how to use a firearm the correct way by getting certified.

After being shot Richard viewed the world from a different lens. The world was no longer a safe place, and a person's life could be taken at any moment. The day he got shot constantly replays in his mind like a movie that has no ending. The safety that he once felt no longer exist. On paper it looks like Richard is "El Jefe" (The Boss) of a gun cartel. When in fact that is not the case at all. He has never been in trouble with the law, and he does not have a past criminal record. He willingly talked to law enforcement when he was questioned. Which further illustrates the type of person he is. Richard does not have a criminal mindset or operate with malicious intent. Is he naïve in a lot of ways, yes, he is because Richard takes people at their word. He was taught that your word is what you must stand on at the end of the day. It shows your true character, and society will judge you by your character.

I hope this letter helps you to better understand who Richard Seawright is as a person and help the court extend grace when considering sentencing.

Warm Regards,

Tamika White

10/26/2024

Suevone Kinney

1781 Bellaway Drive Twinsburg, Ohio 44087

216-868-5345

Suevonedavis1@yahoo.com

Your Honor,

My name is Suevone Kinney and I'm writing this letter on behalf of Richard Seawright. Richard is my nephew, but I consider him as my son. Growing up as a young man, I notice three qualities in Richard, he exhibited being a hard worker, loyal and compassionate.

Being a hard worker, Richard became an entrepreneur starting his own car detailing business. He detailed my car and other cars with topnotch A1 service and his business began to expand because of his excellent service.

In addition to being a hard worker, my nephew Richard is very loyal. Richard has been employed as a security guard for several years; his dedication and loyalty to the company has given him the privilege to work at varies security locations because of his commitment.

Finally, Richard is a compassionate young man. During the time of his grandmother's illness, Richard's heart was compelled to live with his grandmother and assist her during her sickness. Ultimately, Richard's love and care for his grandmother helped to restore her health.

In conclusion, I'm asking Your Honor to show some leniency to my nephew Mr. Richard Seawright. Thank you

Please do not hesitate to contact me if you should require any further information.

Best regards,

October 25, 2024

Re: Richard Seawright

To Whom it may concern:

My name is Sam Bigham. I am a retired police officer from Oakwood Police Department after serving over (33) thirty-three years in law enforcement. I was also Recreation Director for the Village of Oakwood for (18) eighteen years and currently employed at Cleveland Clinic as supervisor of the shuttle transportation department.

I have known Richard Seawright for several years and during this time I've observed him to be a caring and respectful young adult. I've observed him to mentor youth and encourage them to stay in school and pursue a rewarding career.

I feel that under the right leadership Richart will be a great asset to the community. I will encourage him to join the young adult ministry at The Word Church under the leadership of Pastor R.A. Vernon.

If you have any questions or need additional information, I can be reached at (216) 276-3737 or email: bighams@ccf.org.

Respectfully submitted,

Sam H. Bigham

Dear Judge: My name is Kelly Murphy ( Job Title) Maintenance Engineer

      I am writing to provide a character reference for Richard Leshawn Seawright, who is my cousin and whom I have know for his whole life. I am aware of the charges brought against him and the upcoming court proceedings, it is important to share my perspective on his character and conduct.

      I have had the privilege of witnessing Richard demonstrate integrity, compassion, and responsibility throughout our growing up. Richard has always been a person displaying honesty and truthfulness in all his interactions. Richard has always shown respect for others treating everyone with kindness.

      I honestly think and firmly believe that the action alleged the charges against him are uncharacteristic of his true nature. Richard is a young man who made a deep regretful mistake. H is very remorseful for his actions.

      I kindly request that the court consideration of Richard's overall character, his mother's only son, a brother of two sisters and uncle cousins with a host of love family support and guidance.

      Thank you for taking the time to review this character letter.

Sincerely,

Kelly Murphy

From Javian- To who may concern

Richard Seawright is a social loner always been to this self never was a problematic person neither a trouble maker. He's very funny whit outgoing spirit satyed whit his mother into the age of 27 so which means his life has always had constructed critizm to stay focused and making the time and make the perfect actions to obey life. Never had any frinds Richard works everyday and really take pried in protected the community the personality is like no other and is loved by so many people we will appreciated to forever keep him around.

Sign Javian

Dear Honorable Judge,

I am Richard Seawright's older cousin. Over the years I've watched him grow from a boy into a man. He's always been guarded, responsible and very dependable. I must put trust in him with helping with teaching my son the basic life skills.

A few years ago Richard was placed in a position where he felt helpless. He was shot and for once the only son of a single mother felt defeated. Richard began educating himself and others on self-defense. He decided to begin a journey of criminal justice but felt more at ease when he took on a role as a security officer. Knowing that he played in a role in ensuring that people inside of the establishment make it out safety is his mission.

I ask that you have leniency in Richard during sentencing seeing he has live a crime-free life up until now. He has remorse for his actions and I don't believe he'll be back on this side of the courtroom. Thank you for your time.

Empress White

Dear Magistrate

My name is Mikey Seawright I'm Richard Seawright aunt. I'm not going to act like my nephew is a great person but it took him a long time to grow up and become a man, and I'm proud of him. Yes he made some mistake but now he has a job, apartment, and a car. And now the pass what to come in the light. Please know kids young adults make bad choices but he changed and is doing so good right now. Please allow him a chance to keep growing and become a man.

Mickey Seawright

Dear Judge Polster,

My name is Pierre Murphy, I'm Richard Seawright older cousin. I'm writing this letter to tell you a little bit about my cousin Richard while he was growing up his mom my auntie always kept him shelter till he was about he age 13-14 he always kept to his self he has two older sisters and their wasn't perfect maybe because the age difference. And I know when he got shot when he turn like 19 or 20. I seen signs of him having PTSD and he went into the security business and his own detailing business and help his mom out with year work Richard is more then just my cousin I look at him as my little brother He also has two nephews my mistake he has three nephews he's only close to the youngest one name Deuce. Him and his older nephew never really got along to well for some reason. Richard is one of my family member that don't have any felonys, no kids, works, own spot he's not a bad person nor a street person neither and I not telling you how to do your job and I would like to thank you for taking  your time out of your busy day to read this...

                                    Pierre Murphy

To Whom it may concern;

Life has a strange way of making one change for the better when you have faith; Richard has always kept to himself, not wanting to make friend and avoiding large crowds.

He is reliable, keeps his word and punctual. One day he decided he was going to have his own business by washing cars in the driveway. When that didn't work out he decided on law enforcement which led him to Community College.

Later when he got shot his thought changed. He became self-absorbed, warning family members about safety while being paranoid.

Family and friends was supporting him and offering resources to help with this unfortunate incident.

One day he spoke to me about wanting to get into corrections officer training (my 19 years of experience) then decided on security which he enjoys.

Today he's communicating more, interacting with people, smiling while excited about keeping others safe.

I pray that his Journey in life continues to be a blessing.

Guedolyn Davis- Mother

To Whom may concern,

My name is Frederick Lamar.  I writing this letter about Richard Seawright.

I been knowing for about 15 year he is a good person he don't desire to go to jail he need another change in life.

Thank You

Frederick Lamar

Dear Honorable Judge,

Hello, I am writing this letter in regards to the sentencing of my cousin Richard Seawright. In my experience growing up with my cousin he has always displayed a strong work ethic and commitment to our family and a willingness to help others.

Richard has always tried to turn every bad circumstance into a positive one. If someone is having a difficult time his first response is to always try to crack a joke to lift their spirits and change the mood. Back in 2017 Richard had a near death experience and some people would feel defeated after something so traumatic buy yet again that didn't break his spirits. My cousin still tried to put his family at ease by cracking a joke in the hospital after suffering several gun shot wounds.

I believe that Richard is genuinely remorseful for his actions, I am confident that he will make every effort to ensure that he does not repeat his actions. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have seen him go through ups and downs my cousin is a decent person at the core who just need more people to believe in his future so he can be the person we all know he can be.

I understand the seriousness of this matter however, I hope the court will show some leniency. It is my sincere hope that the court takes this letter into consideration at the time of sentencing so Richard can learn from this experience and move on with this life in a positive direction.

Yours Truly,

Ronika Harris

October 25, 2024

To Whom it may Concern,

Richard is my grandson he is a hard worker and decent young man he has always stayed to himself and worked a lot of hours for jobs he has. I love him with all my heart.

Thank You,

Shirely Seawright

To concerning of my brother Richard Seawright on behave of writing the letter to let you understand a little of my brother as a kid my mother brought everything he needed he was spoil every toy a boy can wish for as he got older he was to his self never hang with a crowd of people are with group of friends. He always kept to his self always help my mother around the house always did his chores around the house, always did his chores around the house as told never stayed up late went to sleep around 8 PM wake up in the morning around 7 AM as he got older he keep the same routine he always work and come home and go to sleep he never was a person to hang out with people and go out he always been very quite keep to his self if you needed him to help you with something he always will be there always had patient with others always helped my mother out with anything she ask him for always on time if you ask him for anything are to do something he always make us laugh and joke we always use this joke around on how he always be sleep when we having family events. He always working he will speak to use when we over my mother house he go right to bed. I use to tease him he say you don't have no life boy he don't have any kids he only had one girl friend he never talk about anything that a brother and sister would talk about he always kept to his self never ever had friends around always laughed at him and ask him why you don't hang out with people and enjoy life he always say sister ain't nothing to do out there. I though he will be in the army are military how his mind and life was set up. Everything on time and strict as he go older and turned into the man h is now he still the same person work and go home. I talk to him a little more than I did. He text me every morning to tell me he love me and if I need anything to call him. I love are relationship he text me more and just starting to come around. Family he might want stay long but we see him more. I still joke with him and say I remember boy all you did was work and et and sleep and we both laugh he say yeah sister  I promise you will see more are relationship been getting stronger and I realize how I miss my brother.


Tamika